786 So.2d 105 (2001)
Charles Lloyd WILKERSON, Individually & as the Duly Appointed Tutor of his minor son, Charles Ryan Wilkerson
v.
The KANSAS CITY SOUTHERN RAILWAY and C.D. Lewis.
Albert Kyle Mills, Jr. and Carolyn Virginia Mills, Individually & as Legal Custodians of Kenneth Peter Jacobs, Jr. and Sara Elizabeth Jacobs
v.
The Kansas City Southern Railway and C.D. Lewis.
No. 2000-C-3526.
Supreme Court of Louisiana.
February 16, 2001.
Denied.
JOHNSON, J., would grant the writ.